TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@bn-lawyers.com

Attorneys for Defendant Convergent Outsourcing, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian K. Davis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Convergent Outsourcing, Inc.,<br><br>Defendant. | Case No. 2:19-cv-00268-LJO-JLT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS PURSUANT TO LOCAL RULE 144**<br><br>Complaint served: March 5, 2019<br>Current response date: March 26, 2019<br>New response date: April 23, 2019 |

///

///

///

-1-

STIPULATION TO EXTEND TIME TO
RESPOND TO THE COMPLAINT                                   Case No. 19-cv-00268-LJO-JLT

The parties hereby stipulate pursuant to Local Rule 144 that the time for Defendant Convergent Outsourcing, Inc. to respond to the Complaint may be extended to and including April 23, 2019.

Dated:  March 13, 2019

**SULAIMAN LAW GROUP, Ltd.**

By: \_\_/s/ Marwan r. Daher\_\_\_\_
MARWAN R. DAHER
Attorneys for Plaintiff Brian K. Davis

Dated:  March 13, 2019

**BARRON & NEWBURGER, P.C.**

By:_____/s/ Timothy Johnson_____
TIMOTHY P. JOHNSON
Attorneys for Defendant
Convergent Outsourcing, Inc.

Each of the other parties whose electronic signatures have been attached to this document has concurred with the filing of this document and the attachment of his signature to the document.

   /s/Timothy Johnson_____
TIMOTHY P. JOHNSON

-2-

STIPULATION TO EXTEND TIME TO
RESPOND TO THE COMPLAINT                                         Case No. 19-cv-00268-LJO-JLT

# **CERTIFICATE OF SERVICE**

I, Timothy P. Johnson, do hereby certify that the Stipulation to Extend Time to Respond to the Complaint was served this 13th day of March, 2019, on all counsel of record via the Court's ECF system.

   /s/Timothy Johnson_____
TIMOTHY P. JOHNSON