# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00268 LJO JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO PROSECUTE THIS ACTION |

Despite that the time for the defendant to respond to this action has passed, the plaintiff has not sought default or default judgment. Thus, the Court **ORDERS:**

1. **No later than May 31, 2019**, the plaintiff **SHALL** show cause in writing why sanctions should not be imposed for his failure to prosecute this action. Alternatively, he may seek default followed by a motion for default judgment.

**The failure to comply with this order will result in a recommendation that the Court dismiss the action.**

IT IS SO ORDERED.

　Dated:　**May 10, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE