# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. DAVIS, | ) Case No.: 1:19-cv-00268 LJO JLT |
| Plaintiff, | ) ORDER CLOSING THIS ACTION |
| v. | ) (Doc. 9) |
| CONVERGENT OUTSOURCING, INC., | ) |
| Defendant. | ) |

The plaintiff has filed a notice of voluntary dismissal. (Doc. 9) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **May 18, 2019**                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE